Of Counsel:
ES&A, Inc.
A Law Corporation

TRISHA GIBO                   9751
JESSICA M. SNEED          10614
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
E-mail:  TGibo@ESandALaw.com
             JSneed@ESandAlaw.com

Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JARNETT LONO,<br><br>            Plaintiff,<br><br>      v.<br><br>HAWAI'I PACIFIC UNIVERSITY,<br><br>            Defendants. | Civil No. 22-00400 JMS-WRP<br><br>FIRST STIPULATION TO EXTEND DISCOVERY MOTIONS, DISPOSITIVE MOTIONS AND DISCOVERY CUT-OFF DEADLINES; AND ORDER |

**FIRST STIPULATION TO EXTEND DISCOVERY MOTIONS, DISPOSITIVE MOTIONS AND DISCOVERY CUT-OFF DEADLINES**

Pursuant to LR6.2, Plaintiff JARNETT LONO ("Plaintiff") and Defendant

HAWAI'I PACIFIC UNIVERSITY ("Defendant"), by and through their respective

counsel of record, hereby stipulate and agree to extend the present discovery

motions, dispositive motions and discovery cut-off deadlines pursuant to the

Court's Rule 16 Scheduling Order (dated October 31, 2022).

On or about June 30, 2023, Plaintiff accepted Defendant's offer to transition to a full-time position of Defendant's Head Coach for Women's Softball.  In light of this factual development, counsel for the parties agree, that a one month postponement of each of the three above referenced deadlines will allow for meaningful settlement negotiations.

Therefore, pursuant to Federal Rules of Civil Procedure 16(b)(4), good cause exists for the requested extension of time to allow for meaningful settlement discussions.

The Parties do not believe an extension of time will prejudice either party or result in undue delay.

The Parties respectfully request this Court thereby enter an Amended Rule 16 Scheduling Order with a new discovery motions date of September 9, 2023; and dispositive motions and discovery cut-off date of October 8, 2023, with all other dates and deadlines remaining.

DATED: Honolulu, Hawai`i, August 2, 2023.

**SO STIPULATED:**

/s/ Chasid M. Sapolu
CHASID M. SAPOLU
Attorney for Plaintiff
JARNETT LONO

2

/s/ Trisha C. Gibo
_____
TRISHA C. GIBO
JESSICA M. SNEED
Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY


APPROVED AND SO ORDERED.

DATED: HONOLULU, HAWAII, August 2, 2023.



_____
Wes Reber Porter
United States Magistrate Judge

_____
*Jarnett Lono v. Hawai'i Pacific University; Civil No. 22-00400 JMS-WRP;*
FIRST STIPULATION TO EXTEND DISCOVERY MOTIONS, DISPOSITIVE
MOTIONS AND DISCOVERY CUT-OFF DEADLINES; AND ORDER