Of Counsel:
ES&A, Inc.
A Law Corporation

TRISHA GIBO                              9751
JESSICA M. SNEED                    10614
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
E-mail:   TGibo@ESandALaw.com
          JSneed@ESandAlaw.com

Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JARNETT LONO,<br><br>        Plaintiff,<br><br>   v.<br><br>HAWAI'I PACIFIC UNIVERSITY,<br><br>        Defendant. | Civil No. 22-00400 JMS-WRP<br><br>FIRST STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES; ORDER<br><br><u>Old Trial Date:</u><br>Date:   February 6, 2024<br>Time:  9:00 a.m.<br><br><u>New Trial Date:</u><br>Date:   _____<br>Time:  _____<br><br>Trial Judge:  Hon. J. Michael Seabright |

## FIRST STIPULATION TO CONTINUE
## TRIAL DATE AND PRETRIAL DEADLINES

Pursuant to LR6.2, Plaintiff JARNETT LONO ("Plaintiff") and Defendant HAWAI'I PACIFIC UNIVERSITY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the present trial date of February 6, 2024 to a date not earlier than April 8, 2024, and to extend the related and remaining associated dates as set forth by the Court.

Personal issues have arisen that have necessarily inhibited the progression of the case. The Parties require more time to complete discovery and depositions of key witnesses to enable productive settlement negotiations.

Therefore, pursuant to Federal Rules of Civil Procedure 16(b)(4), good cause exists for the requested two month extension of time to allow for meaningful settlement discussions.

The Parties do not believe an extension of time will prejudice either party or result in undue delay.

The Parties respectfully request this Court thereby enter an Amended Rule 16 Scheduling Order with a new trial date, not earlier than April 8, 2024, and new dates for the remaining and associated pretrial dates.

DATED: Honolulu, Hawaiʻi, August 29, 2023.

/s/ Chasid M. Sapolu
CHASID M. SAPOLU
Attorney for Plaintiff
JARNETT LONO

/s/ Trisha C. Gibo
TRISHA C. GIBO
JESSICA M. SNEED
Attorneys for Defendant
HAWAIʻI PACIFIC UNIVERSITY

APPROVED AND SO ORDERED:

DATED: HONOLULU, HAWAII, August 30, 2023.

Wes Reber Porter
United States Magistrate Judge

*Jarnett Lono v. Hawaiʻi Pacific University;* Civil No. 22-00400 JMS-WRP; **FIRST STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES; ORDER**

2