Of Counsel:
ES&A, Inc.
A Law Corporation

| | |
|---|---|
| TRISHA GIBO | 9751 |
| JESSICA M. SNEED | 10614 |

Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
E-mail:   TGibo@ESandALaw.com
          JSneed@ESandAlaw.com

Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JARNETT LONO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAWAI'I PACIFIC UNIVERSITY,<br><br>　　　　Defendants. | Civil No. 22-00400 JMS-WRP<br><br>SECOND STIPULATION TO EXTEND DISCOVERY MOTIONS AND DISCOVERY CUT-OFF DEADLINES; AND ORDER |

**SECOND STIPULATION TO EXTEND
DISCOVERY MOTIONS AND DISCOVERY CUT-OFF DEADLINES**

Pursuant to LR6.2, Plaintiff JARNETT LONO ("Plaintiff") and Defendant HAWAI'I PACIFIC UNIVERSITY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the present discovery motions and discovery cut-off deadlines pursuant to the Court's Amended Rule 16 Scheduling Order [Doc. No. 31] (dated August 30, 2023).

Consistent with the First Stipulation to Continue Trial Date and Pretrial Deadlines [Doc. No. 29], personal issues have continued to inhibit the progression of the case and the Parties require more time to complete discovery and depositions of key witnesses. The parties have initiated settlement negotiations and counsel for the parties agree that a one-month postponement of each of the two above referenced deadlines (discovery motions and discovery cut-off) will allow for meaningful settlement negotiations.

Therefore, pursuant to Federal Rules of Civil Procedure 16(b)(4), good cause exists for the requested extension of time to allow for meaningful settlement discussions.

The Parties do not believe a second extension of time will prejudice either party or result in undue delay.

The Parties respectfully request this Court thereby enter an Amended Rule 16 Scheduling Order with a new discovery motions date of November 17, 2023, and discovery cut-off date of December 18, 2023, with all other dates and deadlines remaining.

DATED: Honolulu, Hawai`i, October 10, 2023.

**SO STIPULATED:**

/s/ Chasid M. Sapolu
CHASID M. SAPOLU
Attorney for Plaintiff
JARNETT LONO

/s/ Trisha C. Gibo
TRISHA C. GIBO
JESSICA M. SNEED
Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 11, 2023.

Wes Reber Porter
United States Magistrate Judge

*Jarnett Lono v. Hawai'i Pacific University; Civil No. 22-00400 JMS-WRP;*
SECOND STIPULATION TO EXTEND DISCOVERY MOTIONS AND DISCOVERY
CUT-OFF DEADLINES; AND ORDER

3