Of Counsel:
ES&A, Inc.
A Law Corporation

ANNA ELENTO-SNEED          3412
JESSICA M. SNEED-WONG  10614
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
Email:      AES@ESandALaw.com
            JSneed@ESandALaw.com

Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JARNETT LONO,<br><br>        Plaintiff,<br><br>  vs.<br><br>HAWAII PACIFIC UNIVERSITY,<br><br>        Defendant. | Civil No. 22-00400 JMS-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER**<br><br>Trial Date:  April 1, 2025<br>Trial Judge:  Hon. J. Michael Seabright |

### STIPULATION FOR DISMISSAL
### WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between Plaintiff JARNETT LONO

("Plaintiff") and Defendant HAWAI'I PACIFIC UNIVERSITY ("Defendant"), by

and through their respective counsel of record that:

    1.    All claims brought by Plaintiff against Defendant as referenced in

Plaintiff's *Complaint For Violations of the Equal Pay Act and Title VII of the Civil Rights Act of* 1964, filed September 1, 2022 [Dkt. 1], are hereby DISMISSED with prejudice;

2.    All other claims and parties are dismissed; and

3.    Each party is to bear her/its own fees and costs.

This Stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii and has been signed by all parties who have made an appearance in this action.

DATED:  Honolulu, Hawai'i, February 28, 2025.

*/s/ Chasid M. Sapolu*
CHASID M. SAPOLU
Attorney for Plaintiff
JARNETT LONO

*/s/ Anna Elento-Sneed*
ANNA ELENTO-SNEED
JESSICA M. SNEED-WONG
Attorneys for Defendant
HAWAI'I PACIFIC UNIVERSITY

APPROVED AND SO ORDERED:



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Jarnett Lono v. Hawai'i Pacific University; Civil No. 22-00400 JMS-WRP*;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER**